UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Mark Uhrina, <br><br> Plaintiff, <br> v. <br><br> Mercantile Adjustment Bureau, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:16-cv-00034-PAG |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated March 28, 2016

                                             Respectfully submitted,

                                             By:   /s/ *Sergei Lemberg*

                                             Sergei Lemberg, Esq.
                                             Lemberg Law, L.L.C.
                                             A Connecticut Law Firm
                                             43 Danbury Road, 3rd Floor
                                             Wilton, CT 06897
                                             Telephone: (203) 653-2250
                                             Facsimile:  (203) 653-3424
                                             Email: slemberg@lemberglaw.com
                                             Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                        Sergei Lemberg