UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Mark Uhrina , | : |
| | : Civil Action No.: 1:16-cv-00034-PAG |
| Plaintiff, | : |
| v. | : |
| Mercantile Adjustment Bureau, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Mark Uhrina | Mercantile Adjustment Bureau, LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Glenn Knirsch |
| Sergei Lemberg, Esq. | Glenn Knirsch, Esq. |
| LEMBERG LAW, L.L.C. | Sessions, Fishman, Nathan & Israel |
| A Connecticut Law Firm | 2647 Eaton Road |
| 43 Danbury Road, 3rd Floor | University Heights, OH 44118 |
| Wilton, CT 06897 | Telephone: (216) 410-8739 |
| Telephone: (203) 653-2250 | Facsimile: (216) 359-0049 |
| Facsimile: (203) 653-3424 | E-Mail: rgknirsch@sessions.legal |
| Attorneys for Plaintiff | Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                     By /s/ Sergei Lemberg
                                            Sergei Lemberg