# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Mark Uhrina, <br><br> Plaintiff, <br><br> v. <br><br> Mercantile Adjustment Bureau, LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 1:16-cv-00034-PAG |

So Ordered. /s/ Patricia A. Gaughan 6/6/16

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Mark Uhrina | Mercantile Adjustment Bureau, LLC |
|---|---|
| /s/ Sergei Lemberg <br> Sergei Lemberg, Esq. <br> LEMBERG LAW, L.L.C. <br> A Connecticut Law Firm <br> 43 Danbury Road, 3rd Floor <br> Wilton, CT 06897 <br> Telephone: (203) 653-2250 <br> Facsimile: (203) 653-3424 <br> Attorneys for Plaintiff | /s/ Glenn Knirsch <br> Glenn Knirsch, Esq. <br> Sessions, Fishman, Nathan & Israel <br> 2647 Eaton Road <br> University Heights, OH 44118 <br> Telephone: (216) 410-8739 <br> Facsimile: (216) 359-0049 <br> E-Mail: rgknirsch@sessions.legal <br> Attorney for Defendant |